1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561

5

    Attorney for Defendant
6   JOSE MIRANDA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:10-cr-0406 AWI
                                        )
12              Plaintiff,              )   STIPULATION AND ORDER TO CONTINUE
                                        )   STATUS CONFERENCE HEARING
13      v.                              )
                                        )   DATE:   August 22, 2011
14  JOSE MIRANDA,                       )   TIME:   9:00 A.M.
                                        )   JUDGE:  Hon. Anthony W. Ishii
15              Defendant.              )
    _____ )
16

17          **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18  counsel that the status conference in the above-captioned matter now set for July 18, 2011, **may be**

19  **continued to August 22, 2011 at 9:00 A.M.**

20          This continuance is at the request of defense counsel to allow time for proper preparation of the

21  case.  The government has extended an offer to Mr. Miranda.  However, due to defense counsel's schedule

22  and the fact Mr. Miranda is currently housed in the Lerdo facility, counsel has been unable to discuss the

23  offer with the defendant.

24          The parties agree that the delay resulting from the continuance shall be excluded in the interests

25  of justice, including but not limited to, the need for the period of time set forth herein for effective defense

26  preparation and for plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

27  3161(h)(7)(B)(i) and (iv).

28  //

BENJAMIN B. WAGNER
United States Attorney

DATED: July 13, 2011                    By: /s/ Ian Garriques
                                        IAN GARRIQUES
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: July 13, 2011                    By: /s/ Charles J. Lee
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOSE MIRANDA




**O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to  18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(i) and (iv).


IT IS SO ORDERED.

Dated:   __July 14, 2011__                     _____
                                        CHIEF UNITED STATES DISTRICT JUDGE

2